The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OCTAVE NETWORK TELEVISION, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES LARKIN, ARAGON CREEK, INC., and BARONSMEDIA.COM, INC.,<br><br>Defendants. | No. 2:20-cv-00838-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I.  STIPULATION

IT IS STIPULATED by and between all Parties to this lawsuit, through their respective counsel of record, that all claims set forth in Plaintiff's Complaint for Damages should be dismissed with prejudice, with each party bearing its own costs.

RESPECTFULLY SUBMITTED this 24th day of July, 2020.

//

//

//

STIPULATION AND ORDER OF DISMISSAL - 1
No. 2:20-cv-00838

HELSELL FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

By: *s/Michelle Q. Pham*
Michelle Q. Pham
WSBA No. 44286
HELSELL FETTERMAN LLP
1001 Fourth Ave, Ste 4200
Seattle, WA 98154-1154
Telephone: (206) 292-1144
Facsimile: (206) 340-0902
Email: mpham@helsell.com

*Counsel for Plaintiff Octave Network Television, LLC*

By *s/Andrew Lin, per email approval*
Andrew Lin
Texas Bar. No 24092702
PLATT CHEEMA RICHMOND PLLC
Admitted Pro Hac Vice
1201 N Riverfront Blvd, Ste 150
Dallas, TX 75307
Telephone: (214) 559-2700
Facsimile: (214) 559-4390
Email: alin@pcrfirm.com

*Counsel for Plaintiff Octave Network Television, LLC*

By: *s/William S. Richmond, per email approval*
William S. Richmond
Texas Bar No. 24066800
PLATT CHEEMA RICHMOND PLLC
Admitted Pro Hac Vice
1201 N Riverfront Blvd, Ste 150
Dallas, TX 75307
Telephone: (214) 559-2700
Facsimile: (214) 559-4390
Email: brichmond@pcrfirm.com

*Counsel for Plaintiff Octave Network Television, LLC*

By *s/James Larkin, per email approval*
James Larkin, in his individual capacity

By *s/James Larkin, per email approval*
James Larkin, as authorized signatory for Aragon Creek, Inc.

By *s/James Larkin, per email approval*
James Larkin, as authorized signatory for Baronsmedia.com, Inc.

*Pro Se Defendants*

STIPULATION AND ORDER OF DISMISSAL - 2
No. 2:20-cv-00838

## II. ORDER

The Court, having reviewed the Stipulation of the Parties now enters the following Order: It is hereby Ordered that all claims alleged by Plaintiff are dismissed with prejudice, with each party bearing their own costs, and that the above-captioned lawsuit is dismissed with prejudice in its entirety as to all Parties.

There being no reason for delay, the clerk shall enter this order and close the above-captioned matter.

IT IS SO ORDERED.

DATED: July 31, 2020

_____
JAMES L. ROBART
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 3
No. 2:20-cv-00838

HELSELL FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM